SARAH IRENE LANE, as Administratrix of the Estate of CHARLES W. D. LANE, Deceased, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Lane* v. *Brooklyn Heights R. R. Co.*, 85 App. Div. 85, appeal dismissed. (Argued October 5, 1903; decided October 13, 1903.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 19, 1903, which affirmed an order of Special Term denying a motion for a new trial upon the ground of alleged newly-discovered evidence.

The motion was made upon the grounds that the order appealed from was not a final order in the action nor had permission to appeal therefrom been granted.

*James C. Cropsey* for motion.

*George D. Yeomans* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.